East'n. District.
*April*, 1826.

GARIDEL
*vs.*
FOGLIARDI.

*GARIDEL* vs. *FOGLIARDI.*

APPEAL from the court of the first district.

*Creditors who sign a concordate, do not wave the right of contesting thereafter the claims of each other, on the syndic filing a tableau of distribution.*

PORTER, J., delivered the opinion of the court. The proceedings in this case originated by a concordate between the insolvent and his creditors, passed before a notary public; by which all the ordinary formalities of a voluntary surrender previous to the cession were waved. The creditors appeared, and signed the act. Syndics were named, and the cession accepted.

The syndic subsequently filed a tableau of distribution, on which the creditors were placed for the same sum as that announced in the concordate. On a rule taken on them to show cause why the said tableau should not be homologated; the appellant filed an opposition, and alleged as a ground for it, that widow Dorsiere had been placed on the tableau as a creditor for a large sum, when in fact she was not, nor ever had been a creditor of the insolvent.

The judge of the first instance, decided that the appellant was estopped by the concordate

from contesting the claim of Mrs. Dorsiere.
That it was recognized and accepted by all
the creditors at the time of signing that instru-
ment. From that judgment, this appeal is
taken.

We think the judge gave a greater effect to
the instrument, than by law it is entitled to.
The creditors in waving the formalities which
ordinarily precede a cession, cannot be pre-
sumed to have abandoned those which in due
course of proceedings were to follow it; nor to
have intended to place themselves in a worse
situation than if the proceedings had been in
strict pursuance of the act of assembly up to
the time the concordate was made, and the
cession accepted. They had, therefore, the
right to contest the existence of the debt on
the syndics filing the tableau. See *Acts of*
1817, 142, 35 ; 10 *Martin*, 690.

We do therefore order, adjudge, and de-
cree, that the judgment of the district court
be annulled, avoided, and reversed ; and it is
further ordered, adjudged, and decreed, that
this case be remanded to the district court, to
be proceeded in according to law, with direc-
tions to the judge not to consider the appel-

lant as estopped from contesting the claim of widow Dorsiere by any thing contained in the concordate; and it is further ordered, and decreed, that the appellee pay the costs of this appeal.

*Denis* for the plaintiff.